**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION**

**DAVID CHANDLER, individually and as
Next Friend of KC**                                                           **PLAINTIFF**

**VS.**                                                     **CIVIL ACTION NO. 4:06CV113LS**

**DONNA CHANDLER, SUNDRA GIRARD,
KAREN SPENCER and LISA ZAHN**                                       **DEFENDANTS**

## ORDER

This matter came before the court on the Motion to Disqualify Plaintiffs' Counsel and Authorities in Support Thereof. The Motion seeks to disqualify one attorney who does not appear on this court's docket as counsel of record and, by association, his attorney of record. Incredibly, Plaintiff's counsel has submitted no opposition to the Motion. Although this matter has been, in the most part, stayed by the court's Order of August 31, 2006, a rebuttal pleading is due on the Motion to Remand, and, presumably, the Plaintiff's current attorney intends to submit such a pleading. Should his attorney be disqualified by the court, the Plaintiff could be seriously hampered in his effort to have this matter remanded.

IT IS, THEREFORE, ORDERED that Plaintiff's counsel respond to the Motion to Disqualify on or before September 27, 2006.

IT IS SO ORDERED, this the 23rd day of September, 2006.

                                                                              S/James C. Sumner
                                                       UNITED STATES MAGISTRATE JUDGE