UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

DAVID CHANDLER, ET AL.                                                                      PLAINTIFFS

V.                                                            CIVIL ACTION NO. 4:06CV113 DPJ-JCS

DONNA CHANDLER, SUNDRA GIRARD,
KAREN SPENCER, AND LISA ZAHN                                                        DEFENDANTS

ORDER

For the reasons given on the record during the status conference held in this matter on this date,

IT IS HEREBY ORDERED that Plaintiff's motion to remand is granted.  This case is remanded to the County Court of Lauderdale County, Mississippi.

**SO ORDERED AND ADJUDGED** this the 17th day of April, 2007.

s/ *Daniel P. Jordan III*
UNITED STATES DISTRICT JUDGE